UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| JENNY I. GARCIA, : | CASE NO. 1:19-cv-897 |
| Plaintiff, : | OPINION & ORDER |
| : | [Resolving Doc. 1] |
| vs. : |  |
| COMMISSIONER OF SOCIAL : |  |
| SECURITY ADMINISTRATION, : |  |
| Defendant. : |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Jenny Garcia seeks judicial review of the Social Security Administration Commissioner's final decision denying her disability insurance benefits and supplemental security income benefits applications.[1]

On April 21, 2020, Magistrate Judge James R. Knepp II issued a Report and Recommendation ("R&R") recommending that the Court affirm in part and reverse in part the Commissioner's final decision denying Plaintiff's application.[2] Any objections to the R&R were due by May 5, 2020, and neither party objected.

The Federal Magistrates Act requires district courts to conduct a *de novo* review only of objected-to portions of a R&R.[3] Absent objection, district courts may adopt a R&R without review.[4]

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 12, 16.  Plaintiff filed a reply brief.  Doc. 17.
[2] Doc. 18.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R.  *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:19-cv-897
Gwin, J.

Because no party has objected to the R&R, this Court may adopt Magistrate Judge Knepp's R&R without further review. Moreover, having conducted its own review of the record, the Court agrees with the R&R's conclusions.

Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's R&R, and **AFFIRMS IN PART** and **REVERSES IN PART** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: July 2, 2020         *s/       James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE